UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                                                          Chapter   7
ARMANDO L. BERRIOS
                                                                                     Case No. 16-41570-nhl

                                    Debtor(s)
----------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

125 East Oceana Drive, Brooklyn, New York 11235
_____
*[Identify the Property]*
XXXXXXX2341
_____
*[Loan Number]*
PennyMac Loan Services, LLC, 3043 Townsgate Rd Suite 200, Westlake Vill., CA 91361
_____
*[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _/s/ ALB_____    Date: June 15_____, 2016___

Print Name: Armando L. Berrios_____
                            *[First and Last Name]*
Telephone Number: 718-858-1474_____
                            *[i.e. 999-999-9999]*
E-mail Address [if any]: _____